**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:19-cv-2196 | 2:22-cv-3372 | 2:22-cv-4391 |
| 2:21-cv-1901 | 2:22-cv-3433 | 2:23-cv-0132 |
| 2:21-cv-2987 | 2:22-cv-3465 | 2:23-cv-0186 |
| 2:21-cv-4501 | 2:22-cv-3507 | 2:23-cv-0210 |
| 2:21-cv-5828 | 2:22-cv-3661 | 2:23-cv-0712 |
| 2:22-cv-0543 | 2:22-cv-3800 | 2:23-cv-0713 |
| 2:22-cv-1789 | 2:22-cv-3825 | 2:23-cv-1051 |
| 2:22-cv-2411 | 2:22-cv-3854 | 2:23-cv-1106 |
| 2:22-cv-2526 | 2:22-cv-4070 | 2:23-cv-1554 |
| 2:22-cv-2653 | 2:22-cv-4161 | 2:23-cv-1567 |
| 2:22-cv-2707 | 2:22-cv-4175 | 2:23-cv-1657 |
| 2:22-cv-2753 | 2:22-cv-4189 | |
| 2:22-cv-3008 | 2:22-cv-4280 | |
| 2:22-cv-3124 | 2:22-cv-4316 | |
| 2:22-cv-3126 | 2:22-cv-4317 | |
| 2:22-cv-3295 | 2:22-cv-4376 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **September 2023**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on July 31, 2023** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio